NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

───────────────

**SCA HYGIENE PRODUCTS AKTIEBOLAG**
AND **SCA PERSONAL CARE, INC.,**
*Plaintiffs-Appellants*

**v.**

**FIRST QUALITY BABY PRODUCTS, LLC,**
**FIRST QUALITY HYGIENIC, INC.,**
**FIRST QUALITY PRODUCTS, INC.** AND
**FIRST QUALITY RETAIL SERVICES, LLC,**
*Defendants-Appellees*

───────────────

2013-1564

───────────────

Appeal from the United States District Court for the Western District of Kentucky in No. 10-CV-0122, Chief Judge Joseph H. McKinley, Jr.

───────────────

**O R D E R**

───────────────

Oral argument en banc for this appeal is scheduled for June 19, 2015 at 10:00 a.m. in courtroom 201. This appeal will have 30 minutes per side for a total argument time of one hour. The parties shall notify the

court by ECF filing by May 20, 2015 of the names of the counsel who will present oral argument.

FOR THE COURT

April 29, 2015
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court